IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 12-mj-10341 |
| | ) | |
| v. | ) | |
| | ) | Judge Griffin |
| TASHA ANDREA SMITH | ) | |

## UNITED STATES' MOTION TO UNSEAL

The United States of America, by its attorneys Jerry E. Martin, United States Attorney for

the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney,

requests that this Court unseal the complaint and warrant in this case.

> Respectfully submitted,
> JERRY E. MARTIN
> UNITED STATES ATTORNEY
>
> By: _____
> Brent A. Hannafan
> Assistant United States Attorney
> 110 9th Avenue South - Suite A-961
> Nashville, Tennessee 37203
> Telephone: (615) 736-5151

GRANTED

_____
6-15-12